# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-8001**                 **September Term, 2021**

**1:16-cv-00856-CKK**

**Filed On: June 29, 2022**

In re: Valerie R. White, individually and on
behalf of all others similarly situated, et al.,

       Petitioners

       **BEFORE:**     Henderson, Wilkins, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the petition for leave to appeal pursuant to Federal Rule of Civil Procedure 23(f), the response thereto, and the reply, it is

**ORDERED** that the petition for leave to appeal be referred to the merits panel to which this appeal is assigned. The parties are directed to address in their briefs the issues presented in the petition rather than incorporate those arguments by reference. In addition to addressing whether the petition should be granted, the parties are also directed to address in their briefs whether the district court properly denied the plaintiffs' motion for class certification under Fed. R. Civ. P. 23.

The Clerk is directed to transmit a certified copy of this order to the district court.

**Per Curiam**